UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SAMONA,

      Plaintiff,

v.

MORGAN STANLEY PRIVATE
BANK, NA and ETRADE BANK,

      Defendants.

Case No. 25-cv-13538

Honorable Robert J. White

---

**ORDER OF DISMISSAL FOR LACK OF PROSECUTION**

---

On January 5, 2025, the Court ordered Plaintiff to show cause why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution.[1]

---

[1] Rule 41(b) states:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule-except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19-operates as an adjudication on the merits.

*See also Link v. Wabash R. Co.*, 370 U.S. 626, 629-32, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").

(ECF No. 6).  Plaintiff has not responded to the Court's order, and the time to do so

has expired.  Accordingly,

IT IS ORDERED that the complaint is dismissed pursuant to Fed. R. Civ. P.

41(b) for lack of prosecution.

Dated: January 29, 2026                    s/Robert J. White
                                           Robert J. White
                                           United States District Judge